**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1345**

_____

In re: JERRY LEWIS DEDRICK,

          Petitioner.

_____

On Petition for Writ of Mandamus.
(9:14-cv-00410-JMC-BM)

_____

Submitted:  July 29, 2014         Decided:  July 31, 2014

_____

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Jerry Lewis Dedrick, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lewis Dedrick petitions for a writ of mandamus, alleging the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed the petition by order of July 17, 2014. Accordingly, because the district court has recently decided Lewis's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>